**No. 2026-1055**

## United States Court of Appeals
## for the Federal Circuit

**OV LOOP, INC.,**

*Appellant*

v.

**MASTERCARD INCORPORATED AND MASTERCARD INTERNATIONAL INCORPORATED,**

*Appellees*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01289

## APPELLANT OV LOOP, INC.'S
## RESPONSE TO MOTION TO DISMISS

March 30, 2026

Brett Cooper
BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY  10016
Telephone: (516) 359-9668
bcooper@bclgpc.com

*Counsel for Appellant OV Loop, Inc.*

## I.     INTRODUCTION

Pursuant to Federal Rule of Appellate Procedure 27(a)(3) and Federal Circuit Rule 27(b), Appellant OV Loop, Inc. ("OV Loop") respectfully opposes the motion to dismiss filed by Appellees Mastercard Incorporated and Mastercard International Incorporated (collectively "Mastercard"). The Motion should be denied because good cause exists to extend the deadline by thirty days to allow OV Loop to secure counsel and to allow OV Loop's new counsel adequate time to prepare its principal brief.

## II.     THE COURT SHOULD DENY THE MOTION TO DISMISS

Appellant OV Loop is a small entity without the substantial resources of Appellee Mastercard, and the current case is the first opportunity OV Loop has had to file an appeal to this Court. As set forth in the accompanying declaration of counsel, there is good cause for the requested 30-day extension. Despite its efforts, OV Loop was unable to secure counsel to prepare its principal brief in this case prior to the March 12, 2026 deadline. OV Loop is actively seeking counsel and has contacted multiple law firms, including Ron Abramson with Liston Abramson and James Carmichael with Carmichael IP, regarding representation in this matter. OV Loop previously sought an extension of forty-five days to file its principal brief, which was granted.

OV Loop is concurrently submitting its motion to withdraw Brett Cooper,

Seth Lindner, and Robert Auchter as counsel, which OV Loop does not oppose.

OV Loop respectfully requests that Mastercard's motion to dismiss be denied and that OV Loop's motion for extension be granted.

March 30, 2026                                        Respectfully submitted,

*/s/ Brett Cooper*
BC Law Group, P.C.
200 Madison Avenue
24th Floor
New York, NY  10016
(516) 359-9668

*Counsel for Appellant OV Loop, Inc.*

**CERTIFICATE OF INTEREST**

Pursuant to Federal Circuit Rule 47.4, the undersigned counsel for the Appellant, OV Loop, Inc., certifies the following:

1. The full names of every party represented by counsel of record are OV Loop, Inc., a corporation.

2. There are no real parties in interest.

3. There are no parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issued shares to the public, of the party represented by me.

4. The names of all the law firms, partners and associates that appeared for the entities in the originating court or agency and have not entered an appearance in this Court are Spencer Hosie, Diane S. Rice, and Darrell Atkinson (Hosie Rice LLP).

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal is: *MasterCard Incorporated v. OV Loop, Inc.*, IPR2023-01290 (P.T.A.B.) and *OV Loop, Inc. v. MasterCard Incorporated, et al*, Case No. 7:23-cv-01773 (S.D.N.Y.).

6. Any information required under Fed. R. App. P. 26.1(b) and 26.1(c): none

March 30, 2026                    Respectfully submitted,

                                 */s/ Brett Cooper*
                                 BC Law Group, P.C.
                                 200 Madison Avenue
                                 24th Floor
                                 New York, NY  10016
                                 (516) 359-9668

                                 *Counsel for Appellant OV Loop, Inc.*

No. 2026-1055

United States Court of Appeals
for the Federal Circuit

**OV LOOP, INC.,**

*Appellant*

v.

**MASTERCARD INCORPORATED AND MASTERCARD INTERNATIONAL INCORPORATED,**

*Appellees*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01289

**DECLARATION OF SETH LINDNER IN SUPPORT OF APPELLANT OV LOOP, INC.'S OPPOSITION TO APPELLEE'S MOTION TO DISMISS**

1.    I am a partner at BC Law Group P.C. ("BC Law Group") and counsel for Appellant OV Loop, Inc. ("OV Loop"). I am submitting this declaration in support of OV Loop's opposition the motion to dismiss filed by Appellees Mastercard Incorporated and Mastercard International Incorporated (collectively "Mastercard") on March 18, 2026.

2.    OV Loop's principal brief was due March 12, 2026. OV Loop respectfully

1

requests that the briefing schedule be revised such that the deadline is extended by thirty days from the date of service of this opposition. If OV Loop's request is granted, its principal brief would be due April 30, 2026. On January 12, 2026, OV Loop previously sought a 45-day extension of time to file its principal brief, which was granted.

4.      The additional time is requested to allow OV Loop to retain counsel to represent it in preparing the principal brief. I have been informed by Will Graylin, CEO of OV Loop, that OV Loop has been in consultation with multiple law firms, including Ron Abramson with Liston Abramson and James Carmichael with Carmichael IP, regarding representation but has not yet been able to retain counsel to prepare its principal brief in this matter.

5.      Pursuant to Federal Circuit Rule 27(a)(2), Counsel for Appellees Mastercard Incorporated and Mastercard International Incorporated (collectively "Mastercard") have been contacted but have not stated whether Mastercard opposes this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2

Dated: March 30, 2026                    Respectfully submitted,

                                         */s/ Seth Lindner*
                                         BC Law Group, P.C.
                                         200 Madison Avenue
                                         24th Floor
                                         New York, NY  10016
                                         (516) 359-9668

                                         *Counsel for Appellant OV Loop, Inc.*

3

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because:

1.      The filing has been prepared using a proportionally spaced typeface and includes 498 words.

2.      The brief has been prepared using Microsoft Word for Office 365 in 14-point Times New Roman font.  As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: March 30, 2026                              Respectfully submitted,

*/s/ Brett Cooper*
BC Law Group, P.C.
200 Madison Avenue
24th Floor
New York, NY  10016
(516) 359-9668

*Counsel for Appellant OV Loop, Inc.*

## CERTIFICATE OF SERVICE

I certify that today, March 30, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit using the appellate CM/ECF system.

/s/ Brett Cooper
BC Law Group, P.C.
200 Madison Avenue
24th Floor
New York, NY  10016
(516) 359-9668

*Counsel for Appellant OV Loop, Inc.*