**No. 2026-1055**

## United States Court of Appeals
### for the Federal Circuit

**OV LOOP, INC.,**

*Appellant*

v.

**MASTERCARD INCORPORATED AND MASTERCARD INTERNATIONAL INCORPORATED,**

*Appellees*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01289

**APPELLANT OV LOOP, INC.'S
MOTION FOR LEAVE TO WITHDRAW BRETT COOPER, SETH
LINDNER, AND ROBERT AUCHTER AS COUNSEL**

March 30, 2026

Brett Cooper
BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY  10016
Telephone: (516) 359-9668
bcooper@bclgpc.com

*Counsel for Appellant OV Loop, Inc.*

## MOTION FOR LEAVE TO WITHDRAW BRETT COOPER, SETH LINDNER, AND ROBERT AUCHTER

Pursuant to Federal Rule 47.3(c), Appellant OV Loop, Inc. ("OV Loop") respectfully moves for leave to withdraw Brett Cooper, Seth Lindner, both with BC Law Group, P.C., and Robert Auchter, with Auchter PLLC, as counsel. As outlined in OV Loop's concurrently filed opposition to Appellees' Mastercard Incorporated and Mastercard International Incorporated (collectively "Mastercard") motion to dismiss, OV Loop is seeking replacement counsel in this matter. Counsel for Appellees has been contacted but has not provided a response as to whether it opposes this request. OV Loop does not oppose this request for withdrawal of counsel and respectfully requests that this motion be granted.

March 30, 2026

Respectfully submitted,

*/s/ Brett Cooper*
BC Law Group, P.C.
200 Madison Avenue
24th Floor
New York, NY  10016
(516) 359-9668

*Counsel for Appellant OV Loop, Inc.*

2

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, the undersigned counsel for the Appellant, OV Loop, Inc., certifies the following:

1.  The full names of every party represented by counsel of record are OV Loop, Inc., a corporation.

2.  There are no real parties in interest.

3.  There are no parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issued shares to the public, of the party represented by me.

4.  The names of all the law firms, partners and associates that appeared for the entities in the originating court or agency and have not entered an appearance in this Court are Spencer Hosie, Diane S. Rice, and Darrell Atkinson (Hosie Rice LLP).

5.  The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal is: *MasterCard Incorporated v. OV Loop, Inc.*, IPR2023-01290 (P.T.A.B.) and *OV Loop, Inc. v. MasterCard Incorporated, et al*, Case No. 7:23-cv-01773 (S.D.N.Y.).

6.  Any information required under Fed. R. App. P. 26.1(b) and 26.1(c): none

March 30, 2026

Respectfully submitted,

*/s/ Brett Cooper*
BC Law Group, P.C.
200 Madison Avenue
24th Floor
New York, NY  10016
(516) 359-9668

*Counsel for Appellant OV Loop, Inc.*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because:

1.      The filing has been prepared using a proportionally spaced typeface and includes 103 words.

2.      The brief has been prepared using Microsoft Word for Office 365 in 14-point Times New Roman font.  As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: March 30, 2026

Respectfully submitted,

*/s/ Brett Cooper*
BC Law Group, P.C.
200 Madison Avenue
24th Floor
New York, NY  10016
(516) 359-9668

*Counsel for Appellant OV Loop, Inc.*

## CERTIFICATE OF SERVICE

I certify that today, March 30, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit using the appellate CM/ECF system.

*/s/ Brett Cooper*
BC Law Group, P.C.
200 Madison Avenue
24th Floor
New York, NY  10016
(516) 359-9668

*Counsel for Appellant OV Loop, Inc.*