2026-1055

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

OV LOOP, INC.
*Appellant*,

v.

MASTERCARD, INC., MASTERCARD INTERNATIONAL INCORPORATED
*Appellees*.

---

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01289

---

## APPELLEES' RESPONSE TO APPELLANT'S MOTION FOR LEAVE TO WITHDRAW COUNSEL

---

Eliot D. Williams
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700

Jennifer C. Tempesta
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, N.Y. 10012
(212) 408-2500

*Attorneys for Appellees Mastercard, Inc.,
Mastercard International Incorporated.*

FORM 9. Certificate of Interest

Form 9 (p. 1)<br>March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2026-1055

**Short Case Caption** OV Loop, Inc. v. Mastercard, Inc.

**Filing Party/Entity** Mastercard Incorporated and Mastercard International Incorporated

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/24/2025

Signature: /s/ Eliot D. Williams

Name: Eliot D. Williams

FORM 9. Certificate of Interest                                    Form 9 (p. 2)
                                                                  March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Mastercard Incorporated | N/A | None |
| Mastercard International Incorporated | N/A | Mastercard Incorporated |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐     Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Appellees Mastercard, Inc. and Mastercard International Incorporated ("Mastercard") oppose Appellant OV Loop, Inc.'s ("OV Loop") motion for leave to withdraw counsel (Dkt. No. 19).

OV Loop seeks to have all three of its counsel withdraw from this appeal without identifying any substitute counsel. As OV Loop's motion admits, OV Loop has not yet retained new counsel to represent it before this Court. Dkt. No. 17 at 2 ("OV Loop is seeking replacement counsel in this matter."); *see also* Dkt. No. 18 at 2 ("OV Loop is actively seeking counsel . . . .").

Federal Circuit Rule 47.3(a) is clear and unambiguous: "A corporation, partnership, organization, or other legal entity must be represented by counsel before this court." OV Loop's motion, if granted, would leave OV Loop without any counsel of record in this appeal in violation of this rule. As a corporate entity, OV Loop's appeal cannot be permitted to proceed without counsel.

For these reasons, Mastercard respectfully requests that the Court deny OV Loop's motion for leave to withdraw counsel.

Date: April 2, 2026                    */s/* Eliot D. Williams

 

Eliot D. Williams
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700

Jennifer C. Tempesta
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, N.Y. 10012
(212) 408-2500

*Attorneys for Appellees Mastercard, Inc.,*
*Mastercard International Incorporated.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**  26-1055

**Short Case Caption:**  OV Loop, Inc. v. Mastercard, Inc.

---

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

---

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __171_____ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: __04/02/2026_____        Signature: __/s/ Eliot D. Williams_____

Name: __Eliot D. Williams_____

**FORM 30. Certificate of Service**

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number**   226-1055

**Short Case Caption**   OV Loop, Inc. v. Mastercard, Inc.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system.  See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e).  Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 04/02/2026

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Brett E. Cooper | bcooper@bclgpc.com |
| Robert Auchter | robert@auchterlaw.com |
| Seth A. Lindner | slindner@bclgpc.com |
| | |
| | |

☐ Additional pages attached.

Date: 04/02/2026

Signature:   /s/ Eliot D. Williams

Name:   Eliot D. Williams