2026-1055

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

OV LOOP, INC.
*Appellant*,

v.

MASTERCARD, INC., MASTERCARD INTERNATIONAL INCORPORATED
*Appellees*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01289

# APPELLEES' REPLY IN SUPPORT OF APPELLEES' MOTION TO DISMISS FOR APPELLANT'S FAILURE TO FILE A PRINCIPAL BRIEF

Eliot D. Williams
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700

Jennifer C. Tempesta
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, N.Y. 10012
(212) 408-2500

*Attorneys for Appellees Mastercard, Inc.,
Mastercard International Incorporated.*

FORM 9. Certificate of Interest
Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2026-1055

**Short Case Caption** OV Loop, Inc. v. Mastercard, Inc.

**Filing Party/Entity** Mastercard Incorporated and Mastercard International Incorporated

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/24/2025

Signature: /s/ Eliot D. Williams

Name: Eliot D. Williams

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Mastercard Incorporated | N/A | None |
| Mastercard International Incorporated | N/A | Mastercard Incorporated |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OV Loop's opposition to Mastercard's motion to dismiss the appeal confirms what the record already makes clear: OV Loop has failed to prosecute this appeal and dismissal is warranted pursuant to Federal Rule of Appellate Procedure 31(c) and Federal Circuit Rule 31(d). This Court should therefore grant Mastercard's motion to dismiss and deny OV Loop's request for an additional extension to find new counsel and file its principal brief.

First, OV Loop has not explained why it did not or could not have sought the relief it now requests within the timeframe of its original extension. OV Loop previously sought and received an unopposed 45-day extension to file its principal brief, which set a deadline of March 12, 2026. Dkt. No. 15. OV Loop does not explain what efforts, if any, it undertook to secure new counsel during that time, nor does it explain why it waited until its deadline had passed—and until after the Clerk of Court issued a notice and Mastercard filed its motion to dismiss—to notify the Court as to issues with its counsel. Indeed, OV Loop did not file anything with this Court until March 30, 2026—more than two weeks after its brief was due. This extended silence is inconsistent with the diligence expected of a party prosecuting an appeal.

Second, OV Loop has not secured new counsel. OV Loop's own declaration acknowledges that it is still "seeking counsel" and "has contacted multiple law firms" but has not yet secured new counsel. Dkt. No. 18 at 2; *see also* Dkt. No. 18 at 6 ¶ 4 ("OV Loop has been in consultation with multiple law firms … regarding

representation but has not yet been able to retain counsel to prepare its principal brief in this matter."). Granting yet another 49-day [1] extension so that counsel may eventually be retained would reward OV Loop's delay and prejudice Mastercard. Moreover, it would likely lead to a future request for an additional extension by any new counsel that may eventually be retained.

For these reasons, Mastercard respectfully requests that the appeal be dismissed for OV Loop's failure to file a principal brief.

Date: April 2, 2026

*/s/* Eliot D. Williams

Eliot D. Williams
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700

Jennifer C. Tempesta
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, N.Y. 10012
(212) 408-2500

*Attorneys for Appellees Mastercard, Inc.,*
*Mastercard International Incorporated.*

---

[1] OV Loop requests a 30-day extension "from the date of service of [its] opposition," which would make its principal brief due on April 30, 2026. Dkt. No. 18 at 6-7 ¶ 2. But because OV Loop's original extended deadline was on March 12, 2026, its new present request would extend its deadline by an additional 49 days.

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 26-1055

**Short Case Caption:** OV Loop, Inc. v. Mastercard, Inc.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes ___357_____ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 04/02/2026

Signature: /s/ Eliot D. Williams

Name: Eliot D. Williams

Save for Filing

**FORM 30. Certificate of Service**

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 226-1055

**Short Case Caption** OV Loop, Inc. v. Mastercard, Inc.

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system.  See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e).  Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 04/02/2026

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Brett E. Cooper | bcooper@bclgpc.com |
| Robert Auchter | robert@auchterlaw.com |
| Seth A. Lindner | slindner@bclgpc.com |
| | |
| | |

☐   Additional pages attached.

Date: 04/02/2026

Signature: /s/ Eliot D. Williams

Name: Eliot D. Williams